John W. Leardi
Nicole P. Allocca
Frank X. Wukovits
BUTTACI LEARDI & WERNER LLC
212 Carnegie Center, Suite 202
Princeton, New Jersey 08540
609-799-5150

Leslie Howard
COHEN HOWARD, LLP
766 Shrewsbury Ave., Suite 200
Tinton Falls, NJ 07724
732-747-5202

*Counsel for Plaintiffs
and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOSEPH F. TAMBURRINO, M.D., as an authorized representative of his patient L.K., and TAYLOR THEUNISSEN, M.D., as an authorized representative of his patient B.W., on behalf of themselves and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>- v. -<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE LLC, OXFORD HEALTH PLANS, LLC, and OXFORD HEALTH INSURANCE, INC.,<br><br>*Defendants.* | Case No. 21-cv-12766 (SDW)(ESK) |

## NOTICE OF PLAINTIFFS' CROSS MOTION FOR LEAVE
## TO FILE A FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that on November, 2021, or as soon thereafter as counsel may

be heard, Plaintiffs, by and through the undersigned counsel, shall cross move under L. Civ. R.

7.1(h), before the Honorable Susan D. Wigenton, U.S.D.J., for an Order granting Plaintiffs' Cross

Motion for Leave to File a First Amended Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff will rely upon the accompanying memorandum of law and declaration of counsel, as well as any reply papers submitted hereafter.

PLEASE TAKE FURTHER NOTICE that Plaintiff submits herewith a Proposed Order pursuant to L. Civ. R. 7.1(c).

PLEASE TAKE FURTHER NOTICE that Plaintiff hereby request oral argument on its motion.

Dated: October 4, 2021                    Respectfully submitted,

                                          /s/ John W. Leardi
                                          John W. Leardi
                                          Nicole P. Allocca
                                          Frank X. Wukovits
                                          BUTTACI LEARDI & WERNER LLC
                                          212 Carnegie Center, Suite 202
                                          Princeton, New Jersey 08540
                                          609-799-5150

                                          Leslie Howard
                                          COHEN HOWARD, LLP
                                          766 Shrewsbury Ave., Suite 200
                                          Tinton Falls, NJ 07724
                                          732-747-5202

                                          *Counsel for Plaintiffs*
                                          *and the Putative Class*

2